IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   1:15-CR-261 (TJM) |
| | ) | |
| v. | ) | |
| | ) | |
| **RYAN T. ROOT,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF LIS PENDENS

**NOTICE IS HEREBY GIVEN** that commencement and pendency of the above-captioned criminal action, brought by the United States by its attorneys, Richard S. Hartunian, United States Attorney for the Northern District of New York, and Sean K. O'Dowd, Assistant United States Attorney, against the above-named defendant by an Indictment and Plea seeking forfeiture to the United States of real property listed herein pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853.

The current record titleholder for the real property is:

**RYAN T. ROOT**

The land and premises to be affected by this suit is commonly known as *33 Birch Street, City of Johson City, Town of Union, Broome County New York,* and is more fully set forth in "Schedule A," attached hereto and made a part hereof.

      For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Northern District of New York.

Dated: March 29, 2017                            RICHARD S. HARTUNIAN  
                                                United States Attorney

                                    By:    */s/ Sean K. O'Dowd*  
                                                Sean K. O'Dowd  
                                                Assistant United States Attorney  
                                                Bar Roll No. 518067

**TO THE GREENE COUNTY CLERK:**

You are hereby directed to index the attached Notice of Pendency against: **RYAN T. ROOT**.

                        Respectfully submitted,

                        RICHARD S. HARTUNIAN
                        United States Attorney

By:   */s/ Sean K. O'Dowd*
       Sean K. O'Dowd
       Assistant United States Attorney

## **SCHEDULE A**

### *33 Birch Street, Johson City, New York,*

All that tract or parcel of land, situate in the Town of Union, Broome County, New York, described as follows:

Being known and designated as Lot Number Twenty-Two (22) as the said is laid down on a map of Fairmont Park Subdivision, dated July 6th, 1922, made by Wm. O. Lay, C.E., which map is recorded in Broome County Clerk's Office in Book of Maps No. 3 at Page 116 to which reference is hereby made for a more full and complete description of the premises hereby conveyed. Said lot is situate on the East side of Birch Street, being 50 feet by 125 feet by 127.5 feet by 150 feet in dimension.

APN: Section 142.11 Block 2 Lot 29

**BEING** the same premises conveyed to Ryan Root, by deed from Marsha E. Hinkley, dated June 20, 2013 and recorded on June 25, 2013, in the Broome County Clerk's Office in Book 2405 of Deeds at page 252 as instrument number 201300020744.